UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wayne Nicolaison,

        Plaintiff,

vs.

Tim Brown, Matt Schroder,
Tom Rosburg, Tim Lokensgard,

        Defendants.

Civil No. 05-1255 (RHK/JSM)

**ORDER**

---

Finding that Magistrate Judge Janie S. Mayeron's January 5, 2006 Order denying Plaintiff's Motion for Order Directing Production of Oral Deposition Transcripts Without Cost is neither clearly erroneous nor contrary to law, Plaintiff's Appeal (Doc. No. 24) is **OVERRULED** and the Order (Doc. No. 23) is **AFFIRMED**.

Dated: January 13, 2006

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge