UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wayne Nicolaison,

        Plaintiff,

vs.

Tim Brown, Matt Schroder,
Tom Rosburg, Tim Lokensgard,

        Defendants.

Civil No. 05-1255 (RHK/JSM)

**ORDER**

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge